

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00058-CV

| | | |
|---|---|---|
| CLAYTON HOFF, Appellant | § | On Appeal from the 97th District Court |
| | § | of Archer County (2023-0084A-CV) |
| V. | § | August 26, 2025 |
| SHONDA HOFF, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Clayton Hoff shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
       Justice Wade Birdwell